# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Artan Kola, | Case No. 1:24-cv-08033-PK |
| Plaintiff, | |
| v. | CIVIL ACTION |
| Equifax Information Services LLC, | |
| Defendant. | |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice, without costs to either party, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated:      December 11, 2024

*/s/ Stuart D. Werbin*
Stuart Werbin, Esq.
**Law Offices of Stuart Werbin**
1620 Avenue I, Suite 119
Brooklyn, New York 11230
Phone: (646) 942-7464
Email: werbinlaw@gmail.com
Attorney for Plaintiff

*/s/ Forrest M. Seger III*
Forrest M. "Teo" Seger III, Esq.
**CLARK HILL PLC**
1180 6th Ave., 19th Floor, Suite 1910
New York, NY 10036
2301 Broadway St.
San Antonio, Texas 78215
Phone: (210) 250-6000
Email: tseger@clarkhill.com
Attorney for Defendant Equifax Information Services, LLC